# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GERALD LEE, individually and on behalf of all similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>QRS, Inc.,<br><br>　　　　Defendant. | Case No. 3:21-cv-00425-JRG-JEM |

## NOTICE OF SETTLEMENT

　　　　Pursuant to the Court's February 7, 2022 Order (ECF No. 16), QRS, Inc. informs the Court that the parties' mediation was successful and the parties have reached a settlement of this case subject to finalization of settlement papers and an agreed dismissal pursuant thereto. This process is expected to be completed in the next thirty days. Undersigned counsel is authorized to state that Plaintiff's counsel join in this notice.

　　　　　　　　　　　　　　　　　　　　*/s/ Michael A. Malone*
　　　　　　　　　　　　　　　　　　　　Michael A. Malone (BPR # 31219)
　　　　　　　　　　　　　　　　　　　　Polsinelli PC
　　　　　　　　　　　　　　　　　　　　401 Commerce Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37219
　　　　　　　　　　　　　　　　　　　　Tel.: (615) 259-1567
　　　　　　　　　　　　　　　　　　　　Email: mmalone@polsinelli.com

　　　　　　　　　　　　　　　　　　　　**Counsel for QRS, Inc**.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of March, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing attorneys of record.

                                               */s/ Michael A. Malone*
                                                Michael A. Malone