# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GERALD LEE, individually and on behalf of all similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>QRS, Inc.,<br><br>　　　　Defendant. | Case No. 3:21-cv-00425 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gerald Lee and Defendant QRS, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice of all Gerald Lee's individual claims against QRS with each party to bear its own attorneys' fees and costs.

*/s/ John T. Spragens*
John T. Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
615-983-8900
Email: john@spragenslaw.com

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
405-235-1560
wbf@federmanlaw.com

**Counsel for Gerald Lee**

*/s/ Michael A. Malone*
Michael A. Malone (BPR # 31219)
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, TN 37219
Tel.: (615) 259-1567
Email: mmalone@polsinelli.com

**Counsel for QRS, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing attorneys of record.

*/s/ Michael A. Malone*
Michael A. Malone
